*receipt # 11091568*
*$1,405.38*
*3/30/11*

# MARK S. WALLACH

## Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202



F I L E D

MAR 3 0 2011

BANKRUPTCY COURT
BUFFALO, N.Y.

March 28, 2011

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

> Re:     Darrell Ruise
>         BK NO. 06-03424
>         Request to Deposit of Unclaimed Funds
>         into the United States Treasury

Dear Mr. Warren:

Enclosed herewith please find my Trustee check in the amount of $1,405.38. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

   __X__   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

   _____   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| HHLD Bank | $495.69 | Claims Register #17 |
| Midland Funding NCC-2 Corp. | $795.19 | Claims Register #20 |
| Park Dansan | $114.50 | Claims Register #22 |

Very truly yours,

BY: _____
       Mark S. Wallach, Trustee

Enclosure